**FILED**
June 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                     )<br>                                                                    )<br>                    Plaintiff,                           )<br>v.                                                              )<br>                                                                    )<br>JEWEL MINOR,                                       )<br>                                                                    )<br>                    Defendant.                        ) | Case No. 2:09-CR-0422-WBS-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JEWEL MINOR, Case No. 2:09-CR-0422-WBS-4, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __    Release on Personal Recognizance

  ✔    Bail Posted in the Sum of $ 25,000

    ✔    Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)        with pretrial supervison and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 4, 2010  at   2:40   pm .

            By   *Dale A. Drozd*
               Dale A. Drozd
               United States Magistrate Judge