```
                                                    FILED
                                                  June 4, 2010
         UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                                 EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                       )      Case No. 2:09-CR-0422-WBS-4
        Plaintiff,         )
v.                                 )       ORDER FOR RELEASE OF
                                       )       PERSON IN CUSTODY
JEWEL MINOR,                       )
        Defendant.         )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEWEL MINOR, Case No. 2:09-CR-0422-WBS-4, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 25,000

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)  with pretrial supervison and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 4, 2010 at 2:40 pm.

By _____
Dale A. Drozd
United States Magistrate Judge