BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JEWEL MINOR,<br><br>         Defendant(s). | Case No.  2:09-CR-422-04 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING RULE 35 MOTION<br>FOR REDUCTION OF SENTENCE FOR<br>DEFENDANT JEWEL MINOR** |

    On December 12, 2011, Plaintiff United States of America, through undersigned counsel, submitted a motion for downward departure pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure regarding defendant Jewel Minor, based upon her substantial assistance to the government.  That motion is currently set for hearing on January 30, 2012.  On December 13, 2011, counsel for defendant Jewel Minor, attorney Donald Dorfman, advised the Government that he had been in contact with his client, had advised her of the substance of the Government's motion, and that she had expressed that she wished the motion to proceed as quickly as possible, and unopposed.  To that end, Ms. Minor authorized Mr. Dorfman to waive her appearance at a hearing on the matter and to waive the hearing altogether.  Thus, the parties now stipulate and agree that the Government's motion should be granted as filed without hearing on the matter and jointly request that the Court enter an order granting the motion, reducing Ms. Minor's sentence

by 7 months, and directing the clerk to enter an amended judgment to effect the order.

Dated:  December 13, 2011

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

Dated:  December 13, 2011

/s/ Jean M. Hobler for
DONALD DORFMAN
Attorney for Defendant JEWEL MINOR

ORDER

Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and for the reasons set forth in the motion filed by the Government on December 12, 2011, and in the stipulation of the parties, the Court finds as follows.  The defendant, Jewel Minor, has provided substantial assistance to the Government justifying a reduction in her sentence.  That reduction shall be in the amount of 7 months, reducing her prior term of 24 months incarceration to 17 months incarceration.  The remainder of her sentence is unchanged by this ruling.  The clerk is ordered to file an amended judgment and sentence and to vacate the currently set hearing date of January 30, 2012.

IT IS SO ORDERED.

Dated:  December 15, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE